SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-23434-MARTINEZ

FILED BY **WC** D.C.

OCT 04 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA, *ex rel.*
DOLOS ANALYTICS, LLC,
   a Delaware limited liability company,

   Plaintiffs/Relator,

v.

EXPO CONVENTION CONTRACTORS, INC.,
   a Florida corporation; and

EXPO MANAGEMENT SERVICES, INC.,
   a Florida corporation,

   Defendants.

**FILED *EX PARTE*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

## UNITED STATES OF AMERICA'S LIMITED NOTICE OF APPEARANCE AND REQUEST FOR ACCESS TO FILINGS WITH DOCKET ENTRY IDENTIFICATION

The United States notifies the Court of the limited appearance of James A. Weinkle, the undersigned Assistant United States Attorney, on behalf of the United States in this *qui tam* action, filed pursuant to the False Claims Act, 31 U.S.C. §§ 3729–3733 (the "FCA" or "Act"), and requests access to filings with Docket Entry identification.

### Service Upon The United States

The FCA prohibits presenting, or causing to be presented, a false or fraudulent claim for payment to the United States, 31 U.S.C. § 3729(a), and authorizes *qui tam* suits, in which private parties may bring civil actions "in the name of the Government" for FCA violations. 31 U.S.C. § 3730(b)(1). The private party, or "relator," must serve the United States with a "copy of the complaint and written disclosure of substantially all material evidence and information." 31 U.S.C. § 3730(b)(2). The United States then has "at least 60 days" to decide whether to intervene. *Id.* The United States "may, for good cause shown, move the court for extensions of time" to complete its investigation. 31 U.S.C. § 3730(b)(3). During the 60-day period, and any extensions granted, the complaint "shall be filed in camera, shall remain under seal . . . and shall not be served on the defendant until the court so orders." *Id.*

Here, service upon the United States as the FCA requires was accomplished on September 18, 2024. The United States has commenced its investigation. In accordance with 31 U.S.C. § 3730(b)(2), the initial 60-day intervention determination period in which this case must remain under seal runs from September 18, 2024, and extends to Monday, November 18, 2024. The FCA expressly contemplates that the United States may need reasonable extensions of the intervention election period to complete its investigation and make a determination regarding intervention. 31 U.S.C. § 3730(b)(3). The United States anticipates seeking reasonable extensions, especially given that this is but one of a dozen multi-defendant *qui tam* actions Relator filed in this District on September 5, 2024.

### Request for Access to the Sealed Docket and Docket Entries

Unless the United States has access to the Sealed Docket and Docket Entries in this case, it is impossible for counsel for the United States to know what has been filed and entered on the Sealed Docket. Moreover, when the United States makes its decision as to whether or not it will intervene, there are certain filings that the United States will request to remain under permanent seal. To effectuate that request, it will be helpful to the United States and the Court for the United States to be able to identify documents by Docket Entry number.

Accordingly, the United States respectfully requests that the Court order the Clerk of Court to provide to counsel for the United States, all pleadings, notices, filings, and orders in this matter (including any sealed filings or orders entered prior to the filing of this Notice) *with* the Docket Entry Numbers displayed, as well the sealed Docket Sheet, by serving them upon undersigned Assistant United States Attorney at the email address indicated below.

For the same reasons, the United States also requests that the Court order the Clerk of Court to provide to counsel for the United States, copies of all docket entries, including those under seal, *with* the Docket Entry Numbers displayed, and the Docket Sheet, in the event and when requested by the United States.

**Dated: October 4, 2024**         **Respectfully submitted,**

                                        MARKENZY LAPOINTE
                                      UNITED STATES ATTORNEY

/s/ James A. Weinkle
**James A. Weinkle**
Florida Bar No. 0710891
Assistant United States Attorney
Email: James.Weinkle@usdoj.gov
Office of the United States Attorney
Alto Lee Adams Federal Courthouse
101 South U.S. Highway One, Suite 3100
Fort Pierce, FL 34950
Telephone: 772-293-0945 (Direct)

**Counsel for United States of America**

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 4, 2024, a copy of the foregoing **United States of America's Limited Notice of Appearance and Request for Access to Filings with Docket Entry Identification**, was filed under seal and served by email upon all parties on the attached Service List.

**Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because this case is still under seal.**

By: /s/ James A. Weinkle
James A. Weinkle
Assistant United States Attorney

## SERVICE LIST

*United States of America, ex rel. Dolos Analytics, LLC*
Case No.: 24-cv-23434-MARTINEZ
United States District Court, Southern District of Florida

| | |
|---|---|
| **James A. Weinkle**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>Alto Lee Adams Federal Courthouse<br>101 South U.S. Highway One, Suite 3100<br>Fort Pierce, FL 34950<br><br>Email: James.Weinkle@usdoj.gov<br><br>Telephone: 772-293-0945 (Direct)<br><br>**Counsel for United States of America**<br><br>*Via Email* | Dick M. Ortega, Esq.<br>ORTEGA GROUP, PLLC<br>1108 Ponce de Leon Blvd.<br>Coral Gables, Florida 33134<br><br>Email: dortega@ortegagroup.law<br><br>Telephone: 305.315.2725<br><br>**Counsel for Relator**<br><br>*Via Email* |